UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CURTZWILER, et al., | No. 2:16-cv-00315 MCE-AC |
| Plaintiffs, | |
| v. | **RELATED CASE ORDER** |
| CLARK VANDEVENTER, et al., | |
| Defendants. | |
| CLARK VANDEVENTER, et al., | |
| Plaintiffs, | No. 2:16-cv-00382 MCE-KJN |
| v. | |
| KENNETH CURTZWILER, et al., | |
| Defendants. | |

    The Court has received the Notice of Related Case filed on February 22, 2016.

    Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

Because the cases are already assigned to the same district judge, this Order is issued to reassign the case from Magistrate Judge Kendall J. Newman to Magistrate Judge Allison Claire for all further proceedings.

IT IS THEREFORE ORDERED that the action denominated No. 2:16-cv-00382 MCE-KJN, Clark Vandeventer, et al. vs. Kenny Curtzwiler, et al. is reassigned from Magistrate Judge Newman to Magistrate Judge Allison Claire. Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:16-cv-00382-MCE-AC.

IT IS SO ORDERED.

Dated: March 15, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT